**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In the Matter of | : | Misc. Action No. _____ |
| | : | Hon. _____ |
| **CERTAIN INFOTAINMENT SYSTEMS,** | : | Commission for Depositions to be Taken |
| **COMPONENTS THEREOF, AND** | : | in Japan |
| **AUTOMOBILES CONTAINING THE** | : | |
| **SAME** | : | DEPONENTS: Individual |
| | : | representatives/employees of Renesas |
| **COMPLAINANT** | : | Electronics Corporation, Toyota Motor |
| **Broadcom Corporation** | : | Corporation, Panasonic Corporation, and |
| | | Denso Ten Limited |

**UNOPPOSED MOTION OF BROADCOM CORPORATION
TO ISSUE A COMMISSION FOR THE TAKING OF DEPOSITIONS AT
THE UNITED STATES EMBASSY IN TOKYO, JAPAN AND THE UNITED STATES
<u>CONSULATE IN OSAKA, JAPAN</u>**

Pursuant to Rules 7(b) and 28(b)(1)(D) of the Federal Rules of Civil Procedure,

Complainant Broadcom Corporation ("Broadcom"), in the Matter of *Certain Infotainment*

*Systems, Components Thereof, and Automobiles Containing the Same*, Investigation No. 337-

TA-1119, before the United States International Trade Commission, respectfully requests this

Court issue a certified Commission that appoints and authorizes any consulate officer at the

United States Embassy in Tokyo, Japan, to take depositions to occur on or about October 15,

2018 through on or about November 2, 2018, and at the U.S. Consulate in Osaka for the periods

of October 15, 2018 through on or about November 16, 2018.

Attached to this Motion is a proposed Order/Commission of the Court. Also attached as

Exhibit 1 to this Motion is the Recommendation from the presiding ITC Administrative Law

Judge, Dee Lord, requesting that the Court issue the Commission to obtain the above-mentioned

depositions in connection with discovery for this Investigation.

Respondents Renesas Electronics Corporation, Toyota Motor Corporation, Panasonic

Corporation, and Denso Ten Limited do not oppose the filing of this Motion by Complainant.

The other Respondents in the ITC Investigation No. 337-TA-1119 have taken no position on the application.

Dated: September 17, 2018                   Respectfully submitted,


                                            /s/ Matthew N. Bathon
                                            Matthew N. Bathon (DC Bar 480538)
                                            **STEPTOE & JOHNSON LLP**
                                            1330 Connecticut Avenue NW
                                            Washington, DC  20036
                                            Telephone:  (202) 429-3000

                                            *Counsel for Complainant*
                                            *Broadcom Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing document,

UNOPPOSED MOTION OF BROADCOM CORPORATION TO ISSUE A
COMMISSION FOR THE TAKING OF DEPOSITIONS AT THE UNITED STATES
EMBASSY IN TOKYO, JAPAN AND THE UNITED STATES CONSULATE IN
OSAKA, JAPAN

have been filed and served on this 17th day of September, 2018, on the following parties in the
manner indicated:

Lisa R. Barton *Via Hand Delivery (2 copies)*
Secretary
**U.S. International Trade Commission**
500 E Street, S.W.,
Washington, D.C. 20436

The Honorable Dee Lord *Via Hand Delivery (2 copies)*
Administrative Law Judge
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436

Edward Jou *Via E-mail (pdf file)*
Attorney Advisor
**U.S. International Trade Commission**
500 E Street, S.W., Room 317
Washington, D.C. 20436

Paul Steadman *Via E-mail (pdf file)*
**DLA PIPER LLP**
44 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-2135
Facsimile: (312) 251-2850
DLA-BroadcomITC@dlapiper.com
*Counsel for Respondents Toyota Motor Corporation, Toyota Motor North America, Inc.,
Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North
America, Inc., Toyota Motor Manufacturing, Indiana, Inc., Toyota Motor Manufacturing,
Kentucky, Inc., Toyota Motor Manufacturing, Mississippi, Inc., Toyota Motor
Manufacturing, Texas, Inc., Panasonic Corporation, Panasonic Corporation of North
America, Denso Ten Limited, Denso Ten America Limited, and Japan Radio Co., Ltd.*

Daniel P. Muino, Esq.
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DMuino@mofo.com
RenesasITC1119@mofo.com
*Counsel for Respondents Renesas Electronics Corporation and Renesas Electronics America, Inc.*

/s/ Eric J. Anderson
Eric J. Anderson
Paralegal Specialist
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202.862.3881

# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of | |
| **CERTAIN INFOTAINMENT SYSTEMS, COMPONENTS THEREOF, AND AUTOMOBILES CONTAINING THE SAME** | Inv. No. 337-TA-1119 |

**ORDER NO. 12:   GRANTING RESPONDENTS' UNOPPOSED MOTION FOR AN AMENDED RECOMMENDATION TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION TO TAKE DEPOSITIONS IN JAPAN**

(September 11, 2018)

On September 10, 2018, Respondents Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Indiana, Inc., Toyota Motor Manufacturing, Kentucky, Inc., Toyota Motor Manufacturing, Mississippi, Inc., Toyota Motor Manufacturing, Texas, Inc., Panasonic Corporation, Panasonic Corporation of North America, DENSO TEN Limited, and DENSO TEN America Limited filed a motion seeking an amended recommendation to the United States District Court for the District of Columbia to issue an order/commission for the taking of depositions in Japan (Motion Docket No. 1119-008). There is no opposition to the motion from any other party.

Pursuant to Order No. 10 (Sept. 5, 2018), Complainant Broadcom Corporation was granted a recommendation to take the depositions of certain Japanese employees of Respondents Renesas Electronics Corporation, Toyota Motor Corporation, Panasonic Corporation, and Denso

Ten Limited.[1]  Respondents inadvertently omitted the names of translators who will attend these depositions and accordingly move for an amended recommendation to the U.S. District Court to issue an order/commission for the depositions.

There being no opposition and for good cause shown, Motion Docket No. 1119-008 is hereby GRANTED.  The recommendation to the U.S. District Court for the District of Columbia is attached hereto as Attachment A, and the proposed Order/Commission is attached hereto as Attachment B.

**SO ORDERED.**

Dee Lord
Administrative Law Judge

---

[1] The motion identifies the following employees: Ryo Sato (Renesas), Hideya Honda (Renesas), Hiroshi Murata (Renesas), Hirotaka Hara (Renesas), Taku Yokawa (Denso Ten), Naotoshi Miyamoto (Denso Ten), Kenji Kankao (Panasonic), Kenki Matsuda (Panasonic), and Satoshi Hata (Toyota).

Attachment A

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN INFOTAINMENT SYSTEMS, COMPONENTS THEREOF, AND AUTOMOBILES CONTAINING THE SAME** | Inv. No. 337-TA-1119 |

**RECOMMENDATION THAT**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**ISSUE AN ORDER/COMMISSION TO TAKE DEPOSITIONS IN JAPAN**

(September 11, 2018)

The undersigned Administrative Law Judge has granted a motion by Complainant

Broadcom Corporation in the above-captioned United States International Trade Commission

investigation for issuance of a Recommendation that the United States District Court for the

District of Columbia issue an Order/Commission appointing and authorizing any Consul or Vice-

Consul of the United States of America at the United States Embassy in Tokyo, Japan and the

United States Consulate in Osaka, Japan, to administer any necessary oaths and to take the

deposition testimony of volunteering witnesses employed by Respondents Renesas Electronics

Corporation, Toyota Motor Corporation, Panasonic Corporation, and Denso Ten Limited,

beginning on or about October 15, 2018 through on or about November 16, 2018.  Respondents

later identified additional translators who will attend the depositions, and their motion for an

amended Recommendation was granted with the attached Order/Commission identifying these

translators.

The attached Order/Commission solicits deposition testimony from the following

employees of Renesas Electronics Corporation in Tokyo: Ryo Sato, Hideya Honda, Hiroshi

Murata, and Hirotaka Hara.  In addition, the Order/Commission solicits deposition testimony

from the following employees of Denso Ten Limited, Panasonic Corporation, and Toyota Motor

Corporation in Osaka: Taku Yokawa (Denso Ten), Naotoshi Miyamoto (Denso Ten), Kenji

Kankao (Panasonic), Kenki Matsuda (Panasonic), and Satoshi Hata (Toyota).

The recommended Order/Commission is necessary, because the Government of Japan

has very strictly interpreted Article 17 of the United States-Japan Consular Convention, which

provides that consular officers may: "take depositions on behalf of the courts or other judicial

tribunals or authorities of the sending state, voluntarily given;" and "administer oaths to any

person in the receiving state in accordance with the laws of the sending state and in a manner not

inconsistent with the laws of the receiving state." *Consular Convention and Protocol*, U.S.-

Japan, 15 U.S.T. 768, Article 17(1)(e) (Mar. 22, 1963).  Specifically, Japanese law and practice,

and the mutually-agreed upon interpretation of the United States-Japan Consular Convention

concerning obtaining evidence in Japan, permits the taking of a deposition on U.S. consular

premises of a willing witness for use in a court in the United States only (1) pursuant to a

commission to take a deposition issued by a court to any Consul or Vice Consul of the United

States or (2) on notice, provided that an order issued by a court in the United States specifically

authorizes an American consular officer to take the deposition on notice.  *See* Depositions in

Japan, U.S. Embassy & Consulates in Japan, https://jp.usembassy.gov/u-s-citizen-

services/attorneys/depositions-in-japan/ (retrieved September 5, 2018).  Further, attorneys and

staff participating in these depositions must secure a special deposition visa, and the Japanese

government requires a court order before issuing such visas.

The District Court for the District of Columbia has authority to issue a court order and the requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651. There is precedent in this regard. *See, e.g., In re Certain Computers*, No. 1:12-mc-475 (D.D.C. Sept. 14, 2012), D.I. 2.

In order for the parties to obtain the necessary deposition visas and preserve the deposition room reservations at the U.S. Embassy in Tokyo and the U.S. Consulate in Osaka, it is requested that the United States District Court for the District of Columbia assign a judge and, if needed, schedule a hearing to expedite the filing of this Order/Commission. It is further requested that the Court issue the attached Order/Commission permitting a consul of the United States to allow for the taking and transcribing of a deposition at the U.S. Embassy in Tokyo and the U.S. Consulate in Osaka.

It is therefore recommended to the United States District Court for the District of Columbia that the attached Order/Commission be granted.

**SO ORDERED.**

Dee Lord
Administrative Law Judge

3

Attachment B

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of

**CERTAIN INFOTAINMENT SYSTEMS,**
**COMPONENTS THEREOF, AND**
**AUTOMOBILES CONTAINING THE SAME**

**COMPLAINANT**
**Broadcom Corporation**

Misc. Action No._____

**DEPONENT: Individual**
**representative/employee of Japan**
**Radio Co., Ltd.**

## ORDER AND COMMISSION
## FOR DEPOSITION TO BE TAKEN IN JAPAN

**TO:   Any Consul or Vice Consul of The United States,**
U.S. Embassy Tokyo
1-10-5 Akasaka, 1-chome, Minato-ku
Tokyo 107-8420 Japan

U.S. Consulate General Osaka
2-11-5, Nishitenma
Kita-ku, Osaka 530-8543

Upon the application of Complainant Broadcom in United States International Trade

Commission Investigation No. 337-TA-1119, *Certain Infotainment Systems, Components*

*Thereof, and Automobiles Containing the Same Containing Same*, and pursuant to Article 17 of

the United States-Japan Consular Convention,

IT IS ORDERED that the depositions on notice of the following witnesses of Respondent

Renesas Electronics Corporation, as well as other corporate representatives that may be

identified, all of whom will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

- Ryo Sato
- Hideya Honda
- Hiroshi Murata
- Hirotaka Hara

commencing on or about October 15, 2018 at 9:00 AM and terminating on or about November 2, 2018 at 5:00 PM, and to mark any documentary exhibits in connection therewith.

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice Consul of the United States at Tokyo, Japan is hereby commissioned to administer any necessary oath and allow the taking of testimony from the witnesses.

IT IS FURTHER ORDERED that the depositions on notice of the following witnesses of Respondents Denso Ten Limited, Panasonic Corporation, and Toyota Motor Corporation, as well as other corporate representatives that may be identified, all of whom will appear voluntarily, be taken at the United States Consulate in Osaka, Japan:

- Taku Yokawa (Denso Ten)
- Naotoshi Miyamoto (Denso Ten)
- Kenji Kankao (Panasonic)
- Kenki Matsuda (Panasonic)
- Satoshi Hata (Toyota)

commencing on or about October 15, 2018 at 9:00 AM and terminating on or about November 16, 2018 at 5:00 PM, and to mark any documentary exhibits in connection therewith.

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice Consul of the United States at Osaka, Japan is hereby commissioned to administer any necessary oath and allow the taking of testimony from the witnesses.

Listed below are the names of counsel who may participate in these depositions, together with other persons who may attend or assist with these depositions. The proceedings will be reported, videotaped, and/or interpreted by Planet Depos – American Realtime Court Reporters.

For Complainant Broadcom Corporation:

- John M. Caracappa
- Boyd Cloern
- Matthew N. Bathon
- Brian Johnson
- Douglas R. Peterson
- David Kwasniewski
- Scott Richey
- Thomas Yebernetsky

For Respondent Renesas Electronics Corporation:

- Mark L. Whitaker
- Daniel P. Muino
- G. Brian Busey
- Fahd Hussein Patel
- Mary Prendergast
- Aaron D. Rauh
- Takamitsu Fujiu
- Shouvik Biswas

For Respondents Denso Ten Limited, Panasonic Corporation, and Toyota Motor Corporation:

- Paul Steadman
- Matthew Satchwell
- Ferlillia V. Roberson
- Shuzo Maruyama
- Brian Erickson
- Aaron Fountain
- Tomomi Fujikouge
- Kathryn Riley Grasso
- Kevin Hamilton
- David Knudson
- Joshua Kresh
- Stephanie Lim
- Dan Matsuda

- Erin McLaughlin
- Takahiro Nonaka
- Patrick Park
- Steve Reynolds
- Andrew Stein
- Aaron Wainscoat
- Brent Yamashita

For Planet Depos – American Realtime Court Reporters:

- Lisa Feissner
- Leslie Anne Todd
- Renee Michele Kelch
- Lisa Ann Knight
- Susan Dena Wasilewski
- Gisell Marsha Mitchell
- Anne Marie Torreano
- Charlotte Lacey
- Jason Thomas Meadors III
- Thomas Kinsey Feissner
- Ralna Ramse
- Luis Alejandro Lopez
- Kevin Wayne Cranford, Jr.
- Anthony James Vorndran
- Debby Elaine Cavazos
- Nathan James LeMaster
- Christie Jeon
- Joseph Donahoe

Additional Translators:

- Teresa Sumiyoshi
- Yasuo Watanabe
- Christopher Field

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your commission and close the same under your seal; and these materials to be returned to this court with all convenient speed.

4

WITNESS, the Honorable _____, United States Judge of the United

States District Court, District of Columbia, this _____ day of _____, 2018.


Date: _____, 2018                    _____
                                            United States Judge
                                            United States District Court
                                            District of Columbia
                                            333 Constitution Avenue, NW
                                            Washington, DC 20001
                                            United States of America


I hereby certify that the signature above is that of the Honorable_____,
United States Judge of the United States District Court of the District of Columbia.

_____         Clerk of the Court

                                  By: _____
Deputy Clerk: